UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW MCDERMOTT,<br><br>                    Plaintiff,<br><br>-against-<br><br>HARD BEAT COMMUNICATIONS, INC.,<br><br>                    Defendant. | Case No. 1:24-cv-05119 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

      Plaintiff filed an affidavit of service indicating that Defendant was served in this action on July 15, 2024.  Dkt. 8.  Defendant's deadline to respond to the complaint was therefore August 5, 2024.  Defendant has not responded to the complaint or otherwise appeared in this action.  Plaintiff is ORDERED to file a letter no later than August 28, 2024, indicating proposed next steps in this action.

Dated: August 21, 2024
       New York, New York

                                          SO ORDERED.

                                          _____
                                          JENNIFER L. ROCHON
                                          United States District Judge