UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Matthew McDermott,

                Plaintiff,

-against-

HARD BEAT COMMUNICATIONS, INC.,

                Defendant.

Docket No: 1:24-cv-05119-JLR

**CLERK'S CERTIFICATE OF DEFAULT**

I, DANIEL ORTIZ, Clerk of the United States District Court for the Southern District of New York do hereby certify that this action was commenced on July 5, 2024, with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) HARD BEAT COMMUNICATIONS, INC.by personally serving the Secretary of the State of New York and proof of service was therefore filed on July 15, 2024. Doc. 8.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York
      August 27, 2024

DANIEL ORTIZ
Acting Clerk of Court

By: _____
      Deputy Clerk