UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW MCDERMOTT,<br><br>                              Plaintiff,<br><br>-against-<br><br>HARD BEAT COMMUNICATIONS, INC.,<br><br>                              Defendant. | Case No. 1:24-cv-05119 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

       On July 9, 2024, the Court set an initial pretrial conference in this action for October 24, 2024. On July 15, 2024, Plaintiff filed an affidavit of service indicating that Defendant was served in this action on July 15, 2024. Dkt. 8. Defendant's deadline to respond to the complaint was therefore August 5, 2024. On August 21, 2024, because Defendant had not responded to the complaint or otherwise appeared in this action, the Court ordered Plaintiff to file a letter indicating proposed next steps in this action. Dkt. 9. On August 27, 2024, Plaintiff filed a letter stating that he would submit a request for issuance of a certificate of default and would file a motion for default judgment within thirty days. Dkt. 10. The Clerk of Court issued the certificate of default on August 27, 2024. Dkt. 13. Defendant has still not appeared in this action, and Plaintiff has not yet filed his motion for default.

       Accordingly, the conference previously set for October 24, 2024 is ADJOURNED *sine die*. Plaintiff shall file his contemplated motion for default judgment by October 31, 2024.

Plaintiff shall serve a copy of this order on Defendant and file proof of service no later than October 23, 2024.

Dated: October 16, 2024
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge