UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW MCDERMOTT,<br><br>       Plaintiff,<br><br>-against-<br><br>HARD BEAT COMMUNICATIONS, INC.,<br><br>       Defendant. | Case No. 1:24-cv-05119 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  The Court ordered Plaintiff to file his contemplated motion for default judgment by October 31, 2024. Dkt. 14. Plaintiff failed to meet his deadline. As a courtesy, the Court will grant Plaintiff an extension of this deadline *nunc pro tunc*. Plaintiff is hereby ORDERED to file his contemplated motion for default judgment no later than November 8, 2024. If Plaintiff again fails to meet his deadline, or otherwise contact the Court, the Court may dismiss his case for failure to prosecute.

Dated: November 4, 2024
    New York, New York

                SO ORDERED.

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                United States District Judge