```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Matthew McDermott,

                Plaintiff,

-against-

Hard Beat Communications, Inc.,

                Defendant.

1:24-cv-05119 (JLR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, if Plaintiff has not already done so, he shall serve a copy of his motion for default judgment and accompanying motion papers on Defendant no later than November 22, 2024. By the same date, Plaintiff shall serve a copy of this Order on Defendant. No later than November 25, 2024, Plaintiff shall file proof of service of the motion papers and this Order to the ECF docket.

    Defendant shall serve Plaintiff with any response to the motion no later than December 13, 2024. Plaintiff's counsel promptly shall file any response received from Defendant to the ECF docket.

**SO ORDERED.**

Dated:     New York, New York
           November 18, 2024

_____
STEWART D. AARON
United States Magistrate Judge