UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW McDERMOTT,

                Plaintiff,

-against-

HARD BEAT COMMUNICATIONS, INC.,

                Defendant.

Case No. 1:24-cv-05119 (JLR)

**ORDER WITHDRAWING REFERENCE TO <u>MAGISTRATE JUDGE</u>**

JENNIFER L. ROCHON, United States District Judge:

    On November 14, 2024, the Court referred this case to Magistrate Judge Stewart D. Aaron for a Report and Recommendation on Plaintiff's Motion for Default Judgment and for an Inquest After Default / Damages Hearing. *See* ECF No. 22. It is hereby ORDERED that the reference is WITHDRAWN.

Dated: November 22, 2024
       New York, New York

                                      SO ORDERED.

                                      *Jennifer Rochon*
                                      JENNIFER L. ROCHON
                                      United States District Judge