## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Matthew McDermott,

               Plaintiff,

           v.

Hard Beat Communications, Inc.,

             Defendant.

Case No.: 1:24-cv-05119-JLR

Hon. Jennifer L. Rochon

### [PROPOSED] DEFAULT JUDGMENT

Upon consideration of the Plaintiff's motion for default judgment under Rule 55.2(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and the declaration of plaintiff's counsel Craig B. Sanders and exhibits attached thereto, the Memorandum of Law, the Statement of Damages, and upon all prior papers and proceedings filed herein, ~~it is hereby~~ and for the reasons set forth on the record during the default judgment hearing on January 31, 2025, it is hereby:

**ORDERED, ADJUDGED** and **DECREED** that:

1. Default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against defendant Hard Beat Communications, Inc. ("Defendant");

2. Defendant is to pay ~~$30,000.00~~ $750.00 in statutory damages under 17 U.S.C. § 504(c) for direct copyright infringement;

3. Defendant is to pay ~~$25,000.00~~ $2,500.00 in statutory damages under 17 U.S.C. § 1203(c)(3)(B) for the willful distribution of the Photograph with removed or altered copyright management information;

4. Defendant is to pay ~~$6,540.00~~ $5,040.00 in attorneys' fees and $460.00 in costs pursuant to 17 U.S.C. § 505;

5. Defendant is to pay post-judgment interest under 28 U.S.C.A. § 1961;

6.    The Court retains jurisdiction over any matter pertaining to this judgment; and

7.    This case is dismissed and the Clerk of the Court shall close it on the Court

docket.


New York, NY
Dated:  January 31, 2025

SO ORDERED


Jennifer L. Rochon
United States District Judge